

FILED
2013 Oct-22  PM 01:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| VICKY BATTS, CHERYL PUCKETT, MEGAN DESIREE MILLER, LUCINDA DOTSON, EMILY AYERS, SKYLER BURGESS, JOSHUA CARLISLE, JAMES RODNEY HAMPTON, KELBY LEIGH HEAD, RACHEL NICHOLE HOWARD, JANIE JEFFERYS, CAMERON CASSADY, SHANNON DOTSON, JEANINE PARTAIN, and SHELLY AYERS, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) ) | CIVIL ACTION NUMBER CV-13- JURY DEMAND |
| MID SOUTH WAFFLES, INC. d/b/a WAFFLE HOUSE, | ) ) ) ) | |
| Defendant. | ) | |

# COLLECTIVE ACTION COMPLAINT

Plaintiffs, Vicky Batts, Cheryl Puckett, Megan Desiree Miller, Lucinda Dotson,

Emily Ayers, Skyler Burgess, Joshua Carlisle, James Rodney Hampton, Kelby Leigh

Head, Rachel Nichole Howard, Janie Jefferys, Cameron Cassady, Shannon Dotson,

Jeanine Partain, and Shelly Ayers, by and through their undersigned counsel, file this

1

lawsuit against Defendant, Mid South Waffles, Inc. d/b/a Waffle House, (hereinafter "Waffle House" or "Defendant"), on behalf of themselves and all others similarly situated, pursuant to §216(b) of the Fair Labor Standards Act of 1938 (hereinafter "FLSA"), and in support thereof would further state as follows:

## I.   INTRODUCTION

1.   The instant action arises from Waffle House's violations of Plaintiffs' rights under the Fair Labor Standards Act, 29 U.S.C. §§201, et seq., and specifically the collective action provision of the Act found at §216(b), to remedy violations of the wage provisions of the FLSA by Waffle House, which have deprived the named Plaintiffs, as well as others similarly situated to the named Plaintiffs, of their lawful wages.

2.   Other current and former hourly employees of Waffle Houses are also entitled to receive unpaid minimum wage and/or overtime compensation for the reasons alleged in this Complaint.  The above-named Plaintiffs are permitted to maintain this action "for and on behalf of themselves and other employees similarly situated."  29 U.S.C. §216(b).  Any similarly situated hourly employee wishing to become a party plaintiff to this action must provide "his/her consent in writing to become such a party," and such consent must be filed with this Court.  29 U.S.C.

2

§216(b). Plaintiffs have contemporaneously filed with this Complaint a Notice of Filing of Consents to Become Party Plaintiff.

3.   This action is brought to recover unpaid compensation owed to the Plaintiffs and all current and former hourly employees of Waffle House who are similarly situated to the Plaintiffs, pursuant to the FLSA. The Plaintiffs and the collective group similarly situated are or have been employed within the local operation of one or more Waffle House locations.

4.   For at least three years prior to the filing of this complaint, Waffle House has committed widespread violations of the FLSA by engaging in the following practice and scheme:

(A)   Requiring employees to work "off the clock" and thereby not compensating employees for all hours worked.

(B)   Requiring employees, specifically waitresses/servers, to perform work which should have been paid at minimum hourly rates/wages.

5.   Plaintiffs and all similarly situated hourly employees who elect to participate in this action seek unpaid compensation for work performed, an equal amount of liquidated damages, attorneys' fees, and costs

3

pursuant to 29 U.S.C. §216(b).

## II.   JURISDICTION AND VENUE

6.   This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331 (federal question jurisdiction); and 29 U.S.C. §216(b) (FLSA).

7.   Venue is proper in the Northern District of Alabama under 28 U.S.C. §1391(b)-(c).

## III.   PARTIES

### A.   PLAINTIFFS

8.   Plaintiff Vicky Batts resides in Florence, Alabama, and is a citizen of the United States.  At all times relevant to this lawsuit, plaintiff Batts was employed with Waffle House as a Waitress/Server and Relief Manager.

9.   Plaintiff Cheryl Puckett resides in Sheffield, Alabama, and is a citizen of the United States.  At all times relevant to this lawsuit, plaintiff Puckett was employed with Waffle House as Cook and Waitress/Server.

10.   Plaintiff Megan Desiree Miller resides in Sheffield, Alabama, and is a citizen of the United States.  At all times relevant to this lawsuit, plaintiff Miller was employed with Waffle House as a Waitress/Server.

11.   Plaintiff Lucinda Dotson resides in Florence, Alabama, and is a citizen

4

of the United States.   At all times relevant to this lawsuit, plaintiff Dotson was employed with Waffle House as a Waitress/Server.

12.   Plaintiff Emily Ayers resides in Muscle Shoals, Alabama, and is a citizen of the United States.   At all times relevant to this lawsuit, plaintiff Ayers was employed with Waffle House as a Manager, Cook and Waitress/Server.

13.   Plaintiff Skyler Burgess resides in Florence, Alabama, and is a citizen of the United States.   At all times relevant to this lawsuit, plaintiff Burgess was employed with Waffle House as a Waitress/Server and Cook.

14.   Plaintiff Joshua Carlisle resides in Florence, Alabama, and is a citizen of the United States.   At all times relevant to this lawsuit, plaintiff Carlisle was employed with Waffle House as a Waitress/Server, Cook, Shift Manager, District Relief Manager/General Manager and In-Unit Relief Manager.

15.   Plaintiff James Rodney Hampton resides in Florence, Alabama, and is a citizen of the United States.   At all times relevant to this lawsuit, plaintiff Hampton was employed with Waffle House as a 2nd Shift Manager and Cook.

5

16. Plaintiff Kelby Leigh Head resides in Savannah, Tennessee, and is a citizen of the United States. At all times relevant to this lawsuit, plaintiff Head was employed with Waffle House as a Waitress/Server.

17. Plaintiff Rachel Nichole Howard resides in Florence, Alabama, and is a citizen of the United States. At all times relevant to this lawsuit, plaintiff Howard was employed with Waffle House as a Waitress/Server.

18. Plaintiff Janie Jefferys resides in Florence, Alabama, and is a citizen of the United States. At all times relevant to this lawsuit, plaintiff Jefferys was employed with Waffle House as a Waitress/Server.

19. Plaintiff Cameron Cassady resides in Florence, Alabama and is a citizen of the United States. At all times relevant to this lawsuit, plaintiff Cassady was employed with Waffle House as a Waitress/Server.

20. Plaintiff Shannon Dotson resides in Sheffield, Alabama and is a citizen of the United States. At all times relevant to this lawsuit, plaintiff Dotson was employed with Waffle House as a Waitress/Server.

21. Plaintiff Jeanine Partain resides in Florence, Alabama and is a citizen of the United States. At all times relevant to this lawsuit, plaintiff Partain was employed with Waffle House as a Waitress/Server.

22. Plaintiff Shelly Ayers resides in Muscle Shoals, Alabama and is a citizen

6

of the United States.  At all times relevant to this lawsuit, plaintiff S. Ayers was employed with Waffle House as a Waitress/Server, Cook, and Relief Manager.

23.     At all times material to this action, the named Plaintiffs and all members of the Plaintiff collective action were all "employees" of Waffle House as defined by §203(e)(1) of the FLSA, and worked for Defendant within the territory of the United States within ten years preceding the filing of this lawsuit.  These same individuals are further covered by §206 and §207 of the FLSA for the period in which they were employed by Defendant Waffle House.

**B.     DEFENDANT**

24.     Defendant Mid South Waffles, Inc. d/b/a Waffle House is a corporation conducting business in the State of Alabama.  Defendant is an enterprise engaged in commerce as defined by the FLSA.

25.     Waffle House maintains either actual or constructive control, oversight, and direction over the operation of its individual stores, including their employment practices.

26.     Waffle House is subject to personal jurisdiction in the State of Alabama for purposes of this lawsuit.

27.   At all times material to this action, Waffle House was an enterprise engaged in commerce or in the production of goods for commerce as defined by §203(s)(1) of the FLSA, and had an annual gross volume of sales which exceeded $500,000.00.

28.   At all times material to this action, Waffle House was an "employer" of the named Plaintiffs, as defined by §203(d) of the FLSA.

29.   The minimum wage and overtime provisions set forth in §206 and §207, respectively, of the FLSA apply to Waffle House.

## IV.   **VIOLATIONS OF THE FLSA**

30.   At all times material to this action, Waffle House employed Plaintiffs as employees.

31.   Defendant intentionally failed or refused to pay employees for all hours worked and failed to pay employees minimum wages and overtime rates according to the provisions of the FLSA.   Defendant further intentionally required employees to work off the clock prior to and after their shifts had ended.

32.   Plaintiffs and other similarly situated employees were routinely scheduled to work and are required to arrive at their store location prior to the schedule.   However, plaintiffs and other similarly situated

8

employees were instructed not to clock in but instead were made to perform various cleaning duties for approximately 10-15 minutes before they were allowed to clock in and get paid. Furthermore, plaintiffs and other similarly situated employees were instructed to clock out at the end of their shifts and then perform a list of various duties, including cleaning, pick up trash out of parking lot, make pancake batter and biscuits, clean pipes, etc.

33. Plaintiffs and other similarly situated employees were required to report to work as scheduled and were there for defendant's benefit.

34. Plaintiffs and other similarly situated employees were required by defendant to report to work at a specified time and were ready and willing to work at that time, as required by defendant, but defendant prevented them from clocking in and receiving compensation, including overtime, for this time period. Moreover, plaintiffs and other similarly situated employees were required to clock out at the end of their shift and continue to work off the clock, but defendant prevented them from receiving compensation, including overtime, for this period.

35. Defendant engaged in these practices in order to keep from having to compensate plaintiffs and other similarly situated employees minimum

wage and overtime wages.

36.   There are numerous similarly situated current and former employees of Waffle House who have been improperly compensated in violation of the FLSA and who would benefit from the issuance of a Court-supervised Notice of the present lawsuit and the opportunity to join the present lawsuit.   Those similarly situated employees are known to Defendant and are readily identifiable and locatable through Defendant's records.   Specifically, all current and former hourly employees of Waffle House who, at any time during the three years preceding the filing date of this Complaint, up through and including the date of this Court's issuance of a Court-supervised Notice, have been considered (i) employees who have been required to work "off the clock" without receiving due compensation, including any overtime pay, should be notified.

## V.   COUNT ONE

37.   Plaintiffs repeat and incorporate by reference paragraphs 1-36 herein. By its actions alleged herein, Waffle House willfully, knowingly, and/or recklessly violated the FLSA provisions and corresponding federal regulations.

38. Waffle House knew or should have known that the plaintiffs and other hourly employees worked hours for which they were not paid compensation.

39. Waffle House has willfully and intentionally engaged in a widespread pattern and practice of violating the provisions of the FLSA, by endeavoring to prevent the proper compensation of current and former employees, including the named plaintiffs in accordance with §206 and §207 of the FLSA.

40. As a result of Defendant's violations of the FLSA, named plaintiffs, as well as all other similarly situated employees, have suffered damages by failing to receive minimum and/or overtime wages in accordance with §206 and §207 of the FLSA.

41. Defendant has not made a good faith effort to comply with the FLSA with respect to its compensation of the named plaintiffs and other similarly situated present and former employees.

42. As a result of the unlawful acts of Defendant, plaintiffs and all current and former employees similarly situated, have been deprived of minimum wages and/or overtime compensation in an amount to be determined at trial, and are entitled to recovery of such amounts,

liquidated damages, prejudgment interest, attorneys' fees, costs, and other compensation.

## VI.   **PRAYER FOR RELIEF**

**WHEREFORE**, the named Plaintiffs, individually and on behalf of all other similarly situated persons, pursuant to §216(b) of the FLSA, pray for the following relief:

A.   That, at the earliest possible time, they be allowed to give notice of this action, or that the Court issue such Notice, to all persons who are presently, or have at any time during the three years immediately preceding the filing of this suit, up through and including the date of this Court's issuance of Court-supervised Notice, been employed by the Defendant as an hourly employee.  Such notice shall inform them that this civil action has been filed and of the nature of the action, and of their right to opt into this lawsuit: if they worked as an hourly employee during the liability period and performed duties "off the clock," but were not entirely compensated for all work performed;

B.   That all Plaintiffs be awarded damages in the amount of their respective unpaid compensation, plus an equal amount of liquidated damages and/or prejudgment interest;

C.   Reasonable attorneys' fees;

D.   The costs and expenses of this action; and

E.   Such other, further legal and equitable relief, including, but not limited

to, any injunctive and/or declaratory relief, to which they may be

entitled.

THE PLAINTIFFS DEMAND A TRIAL BY JURY ON
ALL TRIABLE CLAIMS.

Respectfully submitted

Gregory O. Wiggins
Kevin W. Jent
Counsel for the Plaintiffs

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0543

Michael L. Weathers
Attorney at Law
101 Courtview Towers
Florence, Alabama 35630-5417
256/764-1318
256/764-1319 (fax)

## DEFENDANT'S ADDRESS:

Mid South Waffles, Inc. d/b/a Waffle House
        Registered Agent:
Corporate Service Company
2908 Poston Avenue
Nashville, TN 37203-1312

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| VICKY BATTS, CHERYL PUCKETT, MEGAN DESIREE MILLER, LUCINDA DOTSON, EMILY AYERS, SKYLER BURGESS, JOSHUA CARLISLE, JAMES RODNEY HAMPTON, KELBY LEIGH HEAD, RACHEL NICHOLE HOWARD, and JAMIE JEFFERYS,<br><br>        Plaintiffs,<br><br>vs.<br><br><br>MID SOUTH WAFFLES, INC. d/b/a WAFFLE HOUSE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NUMBER<br>CV-13-<br>JURY DEMAND |

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now ___Vicky Batts___ (print name) pursuant to 29 U.S.C. §216(b) and files this consent to become a party plaintiff in the above-referenced lawsuit.

I hereby specifically authorize the named plaintiffs, along with counsel of record for the named plaintiffs, as my agents, to prosecute this lawsuit on my behalf, to make any and all decisions with respect to the conduct of this litigation, and to

1

negotiate and/or settle any and all claims that I have in this lawsuit against Mid South

Waffles, Inc. d/b/a Waffle House in this lawsuit.

_Vicky Batts_____
Name (print)

_Vicky Batts_____
Signature

_8-11-13_____


_11/19/03 – 10-15-10 / 12-13-11 – 2-16-1_
Dates Employed with Defendant

_Relief Manager / waitress_____
Position(s) Held

_1013 – 1283_____
Store Number(s) and Location(s) where worked

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

VICKY BATTS, CHERYL PUCKETT,           )
MEGAN DESIREE MILLER, LUCINDA          )
DOTSON, EMILY AYERS, SKYLER            )
BURGESS, JOSHUA CARLISLE,              )
JAMES RODNEY HAMPTON, KELBY            )
LEIGH HEAD, RACHEL NICHOLE             )
HOWARD, and JAMIE JEFFERYS,            )
                                       )
          Plaintiffs,                  )
                                       )
vs.                                    )     CIVIL ACTION NUMBER
                                       )     CV-13-
                                       )     JURY DEMAND
                                       )
MID SOUTH WAFFLES, INC. d/b/a          )
WAFFLE HOUSE,                          )
                                       )
          Defendant.                   )

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now ___Cheryl Puckett___ (print name) pursuant to 29 U.S.C.

§216(b) and files this consent to become a party plaintiff in the above-referenced

lawsuit.

I hereby specifically authorize the named plaintiffs, along with counsel of

record for the named plaintiffs, as my agents, to prosecute this lawsuit on my behalf,

to make any and all decisions with respect to the conduct of this litigation, and to

1

negotiate and/or settle any and all claims that I have in this lawsuit against Mid South

Waffles, Inc. d/b/a Waffle House in this lawsuit.

Cheryl Puckett
Name (print)

Cheryl Puckett
Signature

10-7-13
Date

2001 - 2013
Dates Employed with Defendant

Cook - Waitress
Position(s) Held

1013
Store Number(s) and Location(s) where worked

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| VICKY BATTS, CHERYL PUCKETT, MEGAN DESIREE MILLER, LUCINDA DOTSON, EMILY AYERS, SKYLER BURGESS, JOSHUA CARLISLE, JAMES RODNEY HAMPTON, KELBY LEIGH HEAD, RACHEL NICHOLE HOWARD, and JAMIE JEFFERYS,<br><br>     Plaintiffs,<br><br>vs.<br><br><br>MID SOUTH WAFFLES, INC. d/b/a WAFFLE HOUSE,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NUMBER<br>)   CV-13-<br>)   JURY DEMAND<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now _Megan Desiree Miller_ (print name) pursuant to 29 U.S.C. §216(b) and files this consent to become a party plaintiff in the above-referenced lawsuit.

I hereby specifically authorize the named plaintiffs, along with counsel of record for the named plaintiffs, as my agents, to prosecute this lawsuit on my behalf, to make any and all decisions with respect to the conduct of this litigation, and to

1

negotiate and/or settle any and all claims that I have in this lawsuit against Mid South

Waffles, Inc. d/b/a Waffle House in this lawsuit.

_Megan Desiree Miller_
Name (print)

_Megan Desiree Miller_
Signature

_8-9-2013_
Date

_Nov 2012 – April 20, 2013_
Dates Employed with Defendant

_Waitress_
Position(s) Held

_Florence, AL   #1283_
Store Number(s) and Location(s) where worked

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

VICKY BATTS, CHERYL PUCKETT, )
MEGAN DESIREE MILLER, LUCINDA )
DOTSON, EMILY AYERS, SKYLER )
BURGESS, JOSHUA CARLISLE, )
JAMES RODNEY HAMPTON, KELBY )
LEIGH HEAD, RACHEL NICHOLE )
HOWARD, and JAMIE JEFFERYS, )
)
      Plaintiffs, )
)
vs. )   CIVIL ACTION NUMBER
)   CV-13-
)   JURY DEMAND
)
MID SOUTH WAFFLES, INC. d/b/a )
WAFFLE HOUSE, )
)
      Defendant. )

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now _Lucinda Dotson_ (print name) pursuant to 29 U.S.C.

§216(b) and files this consent to become a party plaintiff in the above-referenced

lawsuit.

I hereby specifically authorize the named plaintiffs, along with counsel of

record for the named plaintiffs, as my agents, to prosecute this lawsuit on my behalf,

to make any and all decisions with respect to the conduct of this litigation, and to

1

negotiate and/or settle any and all claims that I have in this lawsuit against Mid South

Waffles, Inc. d/b/a Waffle House in this lawsuit.

_Lucinda  Dotson_____
Name (print)

_Lucinda Dotson_____
Signature

_9 – 11 – 13_____
Date

_Employed several times_____
Dates Employed with Defendant

_Waitress_____
Position(s) Held

_1013 – 1283_____
Store Number(s) and Location(s) where worked

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

VICKY BATTS, CHERYL PUCKETT,   )
MEGAN DESIREE MILLER, LUCINDA   )
DOTSON, EMILY AYERS, SKYLER   )
BURGESS, JOSHUA CARLISLE,   )
JAMES RODNEY HAMPTON, KELBY   )
LEIGH HEAD, RACHEL NICHOLE   )
HOWARD, and JAMIE JEFFERYS,   )
  )
      Plaintiffs,   )
  )
vs.   )     CIVIL ACTION NUMBER
  )     CV-13-
  )     JURY DEMAND
  )
MID SOUTH WAFFLES, INC. d/b/a   )
WAFFLE HOUSE,   )
  )
      Defendant.   )

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now ~~Emily Ayers~~ (print name) pursuant to 29 U.S.C.

§216(b) and files this consent to become a party plaintiff in the above-referenced

lawsuit.

I hereby specifically authorize the named plaintiffs, along with counsel of

record for the named plaintiffs, as my agents, to prosecute this lawsuit on my behalf,

to make any and all decisions with respect to the conduct of this litigation, and to

1

negotiate and/or settle any and all claims that I have in this lawsuit against Mid South

Waffles, Inc. d/b/a Waffle House in this lawsuit.

Emily Ayers
Name (print)

Emily K Ayers
Signature

10-7-2013
Date

Telephone Number

Estimated    Tuscumbia              Florence
            7/2005 - 11/2001   11/2011 - 02/2013
Dates Employed with Defendant

Manager | Cook | Server
Position(s) Held

Tuscumbia 1013 Florence 1283
Store Number(s) and Location(s) where worked

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| VICKY BATTS, CHERYL PUCKETT, MEGAN DESIREE MILLER, LUCINDA DOTSON, EMILY AYERS, SKYLER BURGESS, JOSHUA CARLISLE, JAMES RODNEY HAMPTON, KELBY LEIGH HEAD, RACHEL NICHOLE HOWARD, and JAMIE JEFFERYS, <br><br> Plaintiffs, <br><br> vs. <br><br><br> MID SOUTH WAFFLES, INC. d/b/a WAFFLE HOUSE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NUMBER CV-13- <br> JURY DEMAND |

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now ___Skyler Burgess___ (print name) pursuant to 29 U.S.C.

§216(b) and files this consent to become a party plaintiff in the above-referenced

lawsuit.

I hereby specifically authorize the named plaintiffs, along with counsel of

record for the named plaintiffs, as my agents, to prosecute this lawsuit on my behalf,

to make any and all decisions with respect to the conduct of this litigation, and to

1

negotiate and/or settle any and all claims that I have in this lawsuit against Mid South Waffles, Inc. d/b/a Waffle House in this lawsuit.

Skyler Burgess
Name (print)

Skyler Burgess
Signature

8-11-2013
Date

January 2013 - August 2013
Dates Employed with Defendant

Server / Cook
Position(s) Held

1283 Florence, AL
Store Number(s) and Location(s) where worked

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

VICKY BATTS, CHERYL PUCKETT,     )
MEGAN DESIREE MILLER, LUCINDA    )
DOTSON, EMILY AYERS, SKYLER      )
BURGESS, JOSHUA CARLISLE,        )
JAMES RODNEY HAMPTON, KELBY      )
LEIGH HEAD, RACHEL NICHOLE       )
HOWARD, and JAMIE JEFFERYS,      )
                                 )
        Plaintiffs,              )
                                 )
vs.                              )      CIVIL ACTION NUMBER
                                 )      CV-13-
                                 )      JURY DEMAND
                                 )
MID SOUTH WAFFLES, INC. d/b/a    )
WAFFLE HOUSE,                    )
                                 )
        Defendant.               )

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now _Joshua Carlisle_ (print name) pursuant to 29 U.S.C.

§216(b) and files this consent to become a party plaintiff in the above-referenced

lawsuit.

I hereby specifically authorize the named plaintiffs, along with counsel of

record for the named plaintiffs, as my agents, to prosecute this lawsuit on my behalf,

to make any and all decisions with respect to the conduct of this litigation, and to

1

negotiate and/or settle any and all claims that I have in this lawsuit against Mid South

Waffles, Inc. d/b/a Waffle House in this lawsuit.

_Joshua Carlisle_
Name (print)

_Joshua Carlisle_
Signature

_05/09/2013_
Date

_05/2003 - 10/2010_
Dates Employed with Defendant

_server/cook/shift mgr/District Relief mgr/General mgr._
Position(s) Held   _In-Unit Relief Mgr._

_# 1013 ; # 1583 ; # 13358_
Store Number(s) and Location(s) where worked

_Tuscumbia, AL ; Florence, AL ; & Corinth, MS
respectively._

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| VICKY BATTS, CHERYL PUCKETT, MEGAN DESIREE MILLER, LUCINDA DOTSON, EMILY AYERS, SKYLER BURGESS, JOSHUA CARLISLE, JAMES RODNEY HAMPTON, KELBY LEIGH HEAD, RACHEL NICHOLE HOWARD, and JAMIE JEFFERYS, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) ) | CIVIL ACTION NUMBER CV-13- JURY DEMAND |
| MID SOUTH WAFFLES, INC. d/b/a WAFFLE HOUSE, | ) ) ) ) ) | |
| Defendant. | ) | |

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now _James Rodney Hampton_ (print name) pursuant to 29 U.S.C.

§216(b) and files this consent to become a party plaintiff in the above-referenced

lawsuit.

I hereby specifically authorize the named plaintiffs, along with counsel of

record for the named plaintiffs, as my agents, to prosecute this lawsuit on my behalf,

to make any and all decisions with respect to the conduct of this litigation, and to

1

negotiate and/or settle any and all claims that I have in this lawsuit against Mid South

Waffles, Inc. d/b/a Waffle House in this lawsuit.

_James Rodney Hampton_
Name (print)

_Jimmy R. Hampton_
Signature

_8 - 11 - 2013_

_3 - 2 - 2005  —  11 - 18 - 2012_
Dates Employed with Defendant

_Cook 2nd sift mgr then Cook_
Position(s) Held
_990 Seff.ld ai, Florence Al_
_1013 tuscumbea Al_
Store Number(s) and Location(s) where worked

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

VICKY BATTS, CHERYL PUCKETT, )
MEGAN DESIREE MILLER, LUCINDA )
DOTSON, EMILY AYERS, SKYLER )
BURGESS, JOSHUA CARLISLE, )
JAMES RODNEY HAMPTON, KELBY )
LEIGH HEAD, RACHEL NICHOLE )
HOWARD, and JAMIE JEFFERYS, )
)
       Plaintiffs, )
)
vs. )  CIVIL ACTION NUMBER
)  CV-13-
)  JURY DEMAND
)
MID SOUTH WAFFLES, INC. d/b/a )
WAFFLE HOUSE, )
)
       Defendant. )

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now Kelby L. Head _____ (print name) pursuant to 29 U.S.C.

§216(b) and files this consent to become a party plaintiff in the above-referenced

lawsuit.

    I hereby specifically authorize the named plaintiffs, along with counsel of

record for the named plaintiffs, as my agents, to prosecute this lawsuit on my behalf,

to make any and all decisions with respect to the conduct of this litigation, and to

1

negotiate and/or settle any and all claims that I have in this lawsuit against Mid South

Waffles, Inc. d/b/a Waffle House in this lawsuit.

Kelby I. Head
Name (print)

Kelly Y. Head
Signature

10/10/13
Date

_____
Dates Employed with Defendant

Server
Position(s) Held

_____
Store Number(s) and Location(s) where worked

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

VICKY BATTS, CHERYL PUCKETT, )
MEGAN DESIREE MILLER, LUCINDA )
DOTSON, EMILY AYERS, SKYLER )
BURGESS, JOSHUA CARLISLE, )
JAMES RODNEY HAMPTON, KELBY )
LEIGH HEAD, RACHEL NICHOLE )
HOWARD, and JAMIE JEFFERYS, )
 )
      Plaintiffs, )
 )
vs. )    CIVIL ACTION NUMBER
 )    CV-13-
 )    JURY DEMAND
 )
MID SOUTH WAFFLES, INC. d/b/a )
WAFFLE HOUSE, )
 )
      Defendant. )

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now _Rachel Howard_ (print name) pursuant to 29 U.S.C.

§216(b) and files this consent to become a party plaintiff in the above-referenced

lawsuit.

I hereby specifically authorize the named plaintiffs, along with counsel of

record for the named plaintiffs, as my agents, to prosecute this lawsuit on my behalf,

to make any and all decisions with respect to the conduct of this litigation, and to

1

negotiate and/or settle any and all claims that I have in this lawsuit against Mid South

Waffles, Inc. d/b/a Waffle House in this lawsuit.

Rachel Howard
Name (print)

_Rachel Howard_
Signature

8-9-13
Date

2009 & 2010
Dates Employed with Defendant

waitress/server
Position(s) Held

Tuscumbia, AL
Store Number(s) and Location(s) where worked

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

VICKY BATTS, CHERYL PUCKETT,           )
MEGAN DESIREE MILLER, LUCINDA          )
DOTSON, EMILY AYERS, SKYLER            )
BURGESS, JOSHUA CARLISLE,              )
JAMES RODNEY HAMPTON, KELBY            )
LEIGH HEAD, RACHEL NICHOLE             )
HOWARD, and JAMIE JEFFERYS,            )
                                       )
        Plaintiffs,                    )
                                       )
vs.                                    )    CIVIL ACTION NUMBER
                                       )    CV-13-
                                       )    JURY DEMAND
                                       )
MID SOUTH WAFFLES, INC. d/b/a          )
WAFFLE HOUSE,                          )
                                       )
        Defendant.                     )

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now __Jamie Jefferys__ (print name) pursuant to 29 U.S.C.

§216(b) and files this consent to become a party plaintiff in the above-referenced

lawsuit.

I hereby specifically authorize the named plaintiffs, along with counsel of

record for the named plaintiffs, as my agents, to prosecute this lawsuit on my behalf,

to make any and all decisions with respect to the conduct of this litigation, and to

1

negotiate and/or settle any and all claims that I have in this lawsuit against Mid South

Waffles, Inc. d/b/a Waffle House in this lawsuit.

Janie Jefferys
Name (print)

Janie Jefferys
Signature

11 Aug 13
Date


Jan. 9, 2013
Dates Employed with Defendant

Cook \ Waitress
Position(s) Held

1283   Flo. Blvd.
Store Number(s) and Location(s) where worked

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

VICKY BATTS, CHERYL PUCKETT,　　)
MEGAN DESIREE MILLER, LUCINDA　)
DOTSON, EMILY AYERS, SKYLER　　)
BURGESS, JOSHUA CARLISLE,　　　)
JAMES RODNEY HAMPTON, KELBY　)
LEIGH HEAD, RACHEL NICHOLE　　)
HOWARD, and JAMIE JEFFERYS,　　)
　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs,　　　　　)
　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　)　　CIVIL ACTION NUMBER
　　　　　　　　　　　　　　　)　　CV-13-
　　　　　　　　　　　　　　　)　　JURY DEMAND
　　　　　　　　　　　　　　　)
MID SOUTH WAFFLES, INC. d/b/a　)
WAFFLE HOUSE,　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　)

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now ___Cameron Cassady___ (print name) pursuant to 29 U.S.C.

§216(b) and files this consent to become a party plaintiff in the above-referenced

lawsuit.

I hereby specifically authorize the named plaintiffs, along with counsel of

record for the named plaintiffs, as my agents, to prosecute this lawsuit on my behalf,

to make any and all decisions with respect to the conduct of this litigation, and to

1

negotiate and/or settle any and all claims that I have in this lawsuit against Mid South

Waffles, Inc. d/b/a Waffle House in this lawsuit.

_Cameron Cassady_
Name (print)

_Cameron Cassady_
Signature

_9-9-13_
Date

_Oct 2012 - April 2013_
Dates Employed with Defendant

_Server_
Position(s) Held

_Florence Blvd Fl, AL, 35630_
Store Number(s) and Location(s) where worked

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

VICKY BATTS, CHERYL PUCKETT, )
MEGAN DESIREE MILLER, LUCINDA )
DOTSON, EMILY AYERS, SKYLER )
BURGESS, JOSHUA CARLISLE, )
JAMES RODNEY HAMPTON, KELBY )
LEIGH HEAD, RACHEL NICHOLE )
HOWARD, and JAMIE JEFFERYS, )
                                        )
       Plaintiffs, )
                                          )
vs. )       CIVIL ACTION NUMBER
                                          )       CV-13-
                                          )       JURY DEMAND
                                          )
MID SOUTH WAFFLES, INC. d/b/a )
WAFFLE HOUSE, )
                                          )
       Defendant. )

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now Shannon Dotson (print name) pursuant to 29 U.S.C.

§216(b) and files this consent to become a party plaintiff in the above-referenced

lawsuit.

I hereby specifically authorize the named plaintiffs, along with counsel of

record for the named plaintiffs, as my agents, to prosecute this lawsuit on my behalf,

to make any and all decisions with respect to the conduct of this litigation, and to

1

negotiate and/or settle any and all claims that I have in this lawsuit against Mid South

Waffles, Inc. d/b/a Waffle House in this lawsuit.

Shannon Dotson
Name (print)

Shannon Dotson.
Signature

9-12-13
Date

12-17-11
Dates Employed with Defendant

Waitress
Position(s) Held

1283   Florence Ala.
Store Number(s) and Location(s) where worked

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

VICKY BATTS, CHERYL PUCKETT, )
MEGAN DESIREE MILLER, LUCINDA )
DOTSON, EMILY AYERS, SKYLER )
BURGESS, JOSHUA CARLISLE, )
JAMES RODNEY HAMPTON, KELBY )
LEIGH HEAD, RACHEL NICHOLE )
HOWARD, and JAMIE JEFFERYS, )
                                        )
      Plaintiffs,          )
                                        )
vs.                                     )      CIVIL ACTION NUMBER
                                        )      CV-13-
                                        )      JURY DEMAND
                                        )
MID SOUTH WAFFLES, INC. d/b/a           )
WAFFLE HOUSE,                           )
                                        )
      Defendant.           )

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now Jeanine Partain (print name) pursuant to 29 U.S.C.

§216(b) and files this consent to become a party plaintiff in the above-referenced

lawsuit.

I hereby specifically authorize the named plaintiffs, along with counsel of

record for the named plaintiffs, as my agents, to prosecute this lawsuit on my behalf,

to make any and all decisions with respect to the conduct of this litigation, and to

1

negotiate and/or settle any and all claims that I have in this lawsuit against Mid South

Waffles, Inc. d/b/a Waffle House in this lawsuit.

*Jeanine Partain*
Name (print)

*Jeanine Partain*
Signature

9·12·13
Date

Telephone Number

*Waffle house*
Dates Employed with Defendant

*Waitress*
Position(s) Held

1283 · 2567 18 6387
Store Number(s) and Location(s) where worked

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| VICKY BATTS, CHERYL PUCKETT, MEGAN DESIREE MILLER, LUCINDA DOTSON, EMILY AYERS, SKYLER BURGESS, JOSHUA CARLISLE, JAMES RODNEY HAMPTON, KELBY LEIGH HEAD, RACHEL NICHOLE HOWARD, and JAMIE JEFFERYS, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) ) | CIVIL ACTION NUMBER CV-13- JURY DEMAND |
| MID SOUTH WAFFLES, INC. d/b/a WAFFLE HOUSE, | ) ) ) ) | |
| Defendant. | ) | |

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now ___Shelly Ayers___ (print name) pursuant to 29 U.S.C. §216(b) and files this consent to become a party plaintiff in the above-referenced lawsuit.

I hereby specifically authorize the named plaintiffs, along with counsel of record for the named plaintiffs, as my agents, to prosecute this lawsuit on my behalf, to make any and all decisions with respect to the conduct of this litigation, and to

1

negotiate and/or settle any and all claims that I have in this lawsuit against Mid South

Waffles, Inc. d/b/a Waffle House in this lawsuit.

Shelly Ayers
Name (print)

Shelly Ayers
Signature

10-7-13
Date

Oct. 2008-July 2010 Tusc. June 2010-Sept 2012
Dates Employed with Defendant
Florence

Server, Cook, Relief Manager
Position(s) Held

1013, 1283
Store Number(s) and Location(s) where worked

2